IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No.: **05-cv-101-JLK**

IN RE:

**AST SPORTS SCIENCE, INC.,**

      Debtor.

**THE ORIGINAL CREATINE PATENT COMPANY, LTD.,**

      Plaintiff,

v.

**AST SPORTS SCIENCE, INC.,**

      Defendant.

---

## STIPULATED MOTION FOR EXTENSION OF TIME

---

Plaintiff, The Original Creatine Patent Company, Ltd. ("OCPC"), and Defendant AST Sports Science, Inc. ("AST") (collectively with OCPC the "parties") pursuant to D.C.Colo.L.Civ.R. 6.1, hereby request an additional twenty-nine (29) day extension of time for four (4) of the discovery and scheduling dates.  Specifically, the parties seek such extensions to submit initial expert and rebuttal designations, to file dispositive motions and for discovery cut-off.  As grounds therefore, the parties state as follows:

    1.    The parties have been engaged in the discovery process and good faith settlement negotiations.

    2.    Said negotiations have been contingent upon certain financial information recently produced in the concurrent bankruptcy proceeding stylized as *In re: AST Sports Science, Inc.*, Case No. 04 19176 ABC, Chapter 11, pending in the United States

Bankruptcy Court for the District of Colorado. An Amended Chapter 11 Plan of Reorganization was recently filed on August 29, 2005 by AST which contains information regarding the financial condition of the company.

3.       Additionally, on August 31, 2005, AST provided to OCPC sales summaries of the sales of the accused products in the present patent litigation, and it is anticipated that such information will allow OCPC to present a settlement demand to AST in short order.

4.       Plaintiff's ability to present a settlement demand has been delayed due to Plaintiff's counsel's involvement in a patent infringement trial and post trial briefing pending in the United States District Court for the Western District of Wisconsin.

5.       The parties seek a twenty-nine (29) day extension to submit initial expert and rebuttal designations, to file dispositive motions and for discovery cut-off to further foster good faith settlement negotiations in an attempt to resolve the above-captioned matter without incurring further litigation expenses.

221295v1

WHEREFORE, the parties request a twenty-nine (29) day extension of time, up to and including October 21, 2005, within which to submit initial expert designations. The parties' rebuttal expert designations shall be due on November 22, 2005, the close of discovery shall be extended until December 20, 2005, and the parties shall have up to and including January 17, 2006 to file dispositive motions.

Dated:  September 20, 2005.

Respectfully submitted,

PATTON BOGGS LLP                          TIMOTHY J. MARTIN, P.C.

   s/ James K. Lewis_____                 s/  Timothy J. Martin_____
James K. Lewis                                Timothy J. Martin
Justin M. Brown                               9250 West 5th Avenue
Patton Boggs LLP                              Lakewood, CO  80226
1660 Lincoln Street, Suite 1900               Telephone:  303-232-3388
Denver, CO  80264                             Facsimile:  303-232-3288
Telephone:  303-830-1776                      *Attorney for Defendant*
Facsimile:  303-894-9239                      *AST Sports Science, Inc.*
*Attorneys for Plaintiff, The Original*
*Creatine Patent Company, Ltd.*

## CERTIFICATE OF SERVICE

I hereby certify that on September 20, 2005, I sent a true and correct copy of the **STIPULATED MOTION FOR EXTENSION OF TIME** electronically to the following e-mail addresses:

**Timothy J. Martin, P.C**
Timothy J. Martin
Tim@tjmlaw.com
9250 West 5th Avenue
Lakewood, CO  80226

_____

### Certificate of Service
### D.C.COLO.LCivR 6.1

I hereby certify that I sent by U.S. Mail postage prepaid in an envelope a true and correct copy of the foregoing **STIPULATED MOTION FOR EXTENSION OF TIME** on this 20th day of September 2005 addressed to:

The Original Creatine Patent Company
Whitehall House, Granhams Road
Gt. Shelford, Cambs
CB2 5JY
United Kingdom

AST Sports Science, Inc.
120 Capital Drive
Golden, Colorado 80401

_____