# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| IN RE: AST SPORTS SCIENCE, INC., ) | |
| ) | |
| Debtor, ) | |
| ) | |
| THE ORIGINAL CREATINE ) | Civil Action No. 05-CV-101-JLK |
| PATENT COMPANY, LTD., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| AST SPORTS SCIENCE, INC., ) | |
| ) | |
| Defendant. ) | |

## CONSENT ORDER

This lawsuit having been commenced against defendant AST Sports Science, Inc. ("AST") by plaintiff The Original Creatine Patent Company, Ltd. ("OCPC") for infringement of U.S. Patent Nos. 5,767,159 and 5,968,544 (collectively, "the Patents-in-Suit").

OCPC and AST having sought to terminate this litigation with prejudice as to each and every one of the issues between them, to wit, the infringement of the claims of the Patents-in-Suit, as well as any other issues set forth in the Complaint, Answer and Counterclaims, Answer to Counterclaims, Amended Answer and Counterclaims, and Answer to Amended Counterclaims.

AST having admitted that the Patents-in-Suit are (i) not invalid, (ii) not unenforceable and (iii) are infringed; and

OCPC and AST having entered into a Settlement and Licensing Agreement ("Agreement") for good and valuable consideration;

- 2 -

NOW, THEREFORE, IT IS ORDERED, ADJUDGED AND DECREED by consent of the parties as follows:

1. This Court has personal jurisdiction over the parties to this action and jurisdiction over the subject matter of this action pursuant to 28 U.S.C. §§ 1331, 1338(a) and 2201.

2. OCPC is the lawful owner by assignment of U.S. Patent Nos. 5,767,159 and 5,968,544.

3. The Patents-in-Suit are (i) not invalid, (ii) not unenforceable and (iii) are infringed by AST's Creatine HSC and Micronized Creatine products ("Infringing Products").

4. Pursuant to, and in consideration of, the terms of the Agreement of the parties, all claims of OCPC of infringement in this action against AST are hereby dismissed with prejudice, the parties to bear their own costs and attorneys' fees except as modified by the terms of the Agreement.

5. This Court shall retain jurisdiction over this matter for the purpose of enforcing this Order and the Agreement between the parties.

The undersigned parties consent to the entry of this Consent Judgment without further notice and expressly waive any right of appeal, review or reconsideration, and all claims are hereby DISMISSED.

Dated this 17th day of May, 2006

                                               BY THE COURT:

                                               **s/John L. Kane**
                                               SENIOR U.S. DISTRICT JUDGE

CONSENTS:

| PATTON BOGGS LLP | TIMOTHY J. MARTIN, P.C. |
|---|---|
| *s/ Justin M. Brown* | *s/ Aaron A. Garber* |
| _____ | _____ |
| James K. Lewis | Timothy J. Martin |
| Justin M. Brown | 9250 West 5th Avenue |
| 1600 Lincoln Street, Suite 1900 | Lakewood, Colorado 80266 |
| Denver, Colorado 80264 | Telephone: 303-232-3388 |
| Telephone: 303-830-1776 | Facsimile: 303-232-3288 |
| Facsimile: 303-894-9239 | tim@timlaw.com |
| jlewis@pattonboggs.com | |
| jbrown@pattonboggs.com | Of Counsel |
| | |
| Of Counsel | Lee M. Kutner |
| | Aaron A. Garber |
| Marc R. Labgold | KUTNER MILLER, P.C. |
| Kevin M. Bell | 303 East 17th Avenue, Suite 500 |
| 8484 Westpark Drive | Denver, Colorado 80203 |
| McLean, Virginia 22102 | Telephone: 303-832-2711 |
| Telephone: 703 744-8000 | Facsimile: 303-832-1500 |
| Facsimile: 703 744-8001 | lmk@kutnerlaw.com |
| mlabgold@pattonboggs.com | |
| kbell@pattonboggs.com | Attorneys for Defendant |
| | AST Sports Science, Inc. |
| Robert W. Jones | |
| James N. Galbreath | |
| 2001 Ross Avenue, Suite 3000 | |
| Dallas, Texas 75201 | |
| Telephone: 214-758-1500 | |
| Facsimile: 214-758-1550 | |
| rwjones@pattonboggs.com | |
| jgalbreath@pattonboggs.com | |

Attorneys for Plaintiff
The Original Creatine Patent Company, Ltd.